

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

v.

KIM AUGENSTEIN

Civil No. 2:05CV117LS
Criminal No. 2:03CR17LS

JUDGMENT

For the reasons given in the memorandum opinion and order entered in this case on this date, it is ordered and adjudged that defendant's motion for relief pursuant to 28 U.S.C. § 2255 is denied.

SO ORDERED this 15th day of December, 2005.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE